# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

146824

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL JESSE HOUGH,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146824
COA: 302132
Wayne CC: 06-008265-FH

_____/

On order of the Court, the application for leave to appeal the January 15, 2013 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk

t0925